RHONDA M. MARCHESI *v.* BOARD OF SELECTMEN
OF THE TOWN OF LYME ET AL.

The petition by the defendants board of selectmen of the town of Lyme and the town of Lyme for certifica-

tion for appeal from the Appellate Court, 131 Conn. App. 24 (AC 29999), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court correctly determined that the parties were entitled to a trial de novo in the Superior Court from an appeal taken from the board of selectmen of the town of Lyme pursuant to General Statutes § 13a-40?"

ROGERS, C. J., and HARPER, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18890.

*Kenneth M. McKeever*, town attorney, in support of the petition.

*Harry B. Heller*, in opposition.

Decided November 17, 2011